**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000181
13-DEC-2023
08:06 AM
Dkt. 51 OAWST**

NO. CAAP-23-0000181

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

NATHAN SE YUN OH, Plaintiff-Appellee, v.
MICHAEL E. KEPPEL, Defendant-Appellant, and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; and
DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-0001639)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the November 17, 2023 Stipulation for Dismissal of Appeal filed by Plaintiff-Appellee Nathan Se Yun Oh, the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs on appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawai'i, December 13, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge